UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH LAUFER, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 1:20-cv-02201-JEJ |
| SUNRISE MOTOR INN, LLC, | : |
| Defendant. | : |

# STIPULATION AND ORDER OF DISMISSAL

WHEREAS, on March 10, 2021, Plaintiff DEBORAH LAUFER ("Plaintiff") and Defendant, SUNRISE MOTOR INN, LLC ("Defendant"), reached a confidential agreement resolving their disputes ("the Agreement").

IT IS HEREBY STIPULATED by Plaintiff and Defendant, subject to approval by the Court, that all claims between Plaintiff and Defendant are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. This Stipulation and Order of Dismissal are pursuant to the Agreement.

STIPULATED AND AGREED BY:

*/s/ John F. Ward*
John F. Ward, Esquire
THOMAS B. BACON, P.A.
329 S. Devon Ave.
Wayne, PA 19087

Phone: 610-952-0219
Fax: 954-237-1990
johnfward@gmail.com


*/s/ James N. Clymer*
James N. Clymer, Esquire
*Clymer Musser & Sarno, P.C.*
408 West Chestnut St.
Lancaster, PA 17603
Phone: (717) 299-7101
Fax: (717) 299-5115
jim@clymerlaw.com

IT IS SO ORDERED:

Dated: 3/19/21

_____
JOHN E. JONES III
United States District Chief Judge